UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
RICARDO BOCEL,                                             :
                                    Plaintiff,             :         21 Civ. 7384 (LGS)
                                                           :
                    -against-                              :              ORDER
                                                           :
PATZERIA FAMILY & FRIENDS, INC., et al.,                   :
                                    Defendants.            :
-----------------------------------------------------------:
                                                           X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Order dated September 15, 2021, required the parties to file a proposed

case management plan and joint letter seven days before the initial pretrial conference.  (Dkt.

No. 12.)

        WHEREAS, the initial pretrial conference is currently scheduled for November 4, 2021,

at 10:40 a.m.

        WHEREAS, Defendants have not appeared, and the parties have not filed a proposed case

management plan and joint letter.  It is hereby

        **ORDERED** that if Plaintiff has been in communication with Defendants, then the parties

shall file the joint status letter and proposed case management plan as soon as possible and no

later than **November 2, 2021**, at **noon**.  If Plaintiff has not been in communication with

Defendants, he shall file a status letter regarding his efforts to serve Defendants and request an

adjournment of the initial conference as soon as possible and no later than **November 2, 2021**, at

**noon**.

Dated: October 29, 2021
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE