```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              :
RICARDO BOCEL,                                :
                              Plaintiff,      :    21 Civ. 7384 (LGS)
                                              :
                -against-                     :    ORDER
                                              :
PATZERIA FAMILY & FRIENDS, INC., et al.,      :
                              Defendants.     :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated September 15, 2021, required the parties to file a proposed case management plan and joint letter seven days before the initial pretrial conference, scheduled for November 4, 2021.  (Dkt. No. 12.)

WHEREAS, on October 29, 2021, Defendants had not appeared, and the parties had not filed a proposed case management plan and joint letter.  (*See* Dkt. No. 17.)  The same day, the Court ordered that, if Plaintiff had been in communication with Defendants, then the parties should file the joint status letter and proposed case management plan by November 2, 2021, at noon.  (Dkt. No. 17.)

WHEREAS, on November 1, 2021, Plaintiff filed a letter with the Court, stating that Plaintiff had served Defendants with a copy of the Complaint and that Defendant had not responded.  Plaintiff further indicated that he "intend[ed] to send a letter to Defendants, informing them that Plaintiff could seek a default judgment against them should they fail to appear."  (Dkt. No. 18.)

WHEREAS, on November 1, 2021, the Court issued an Order requiring Plaintiff to move for default judgment by November 22, 2021, and adjourned the initial conference *sine die*.  (Dkt. No. 21.)

WHEREAS, on November 8, 2021, Defendants answered the Complaint.  (Dkt. No. X.)

It is hereby

**ORDERED** that, by **November 12, 2021**, the parties shall file a proposed case management plan and joint letter.  It is further

**ORDERED** that the initial conference is **RESCHEDULED** to **November 18, 2021, at 10:40 a.m.**  The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: November 9, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE