# KATZMELINGER

280 MADISON AVENUE, SUITE 600
NEW YORK, NEW YORK 10016
www.katzmelinger.com

Nicole Grunfeld  
Katz Melinger PLLC

o: 212.460.0047
f : 212.428.6811
ndgrunfeld@katzmelinger.com

November 10, 2021

**Via ECF**
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Bocel v. Patzeria Family & Friends Inc. et al*
    Civil Action No. 1:21-cv-07384-LGS

Your Honor:

We represent plaintiff Ricardo Bocel in the above-referenced matter, and write with Defendants' consent to request an adjournment of the initial conference scheduled for November 18, 2021. The reason for the request is that Plaintiff's counsel is scheduled to appear at a settlement conference in another matter on that day.

The parties have conferred, and the next dates on which all counsel are available are November 29, 2021 before 2:00pm; December 1, 2021; or December 2, 2021. We therefore respectfully request an adjournment of the initial conference scheduled for November 18, 2021 to one of the foregoing dates, or to a later date convenient for the Court. This is the first such request.

We thank the Court for its attention and consideration in this matter.

Application **GRANTED**. The initial conference scheduled for November 18, 2021, is **ADJOURNED** to **December 2, 2021, at 10:40 a.m.** The parties shall file a joint letter and proposed case management plan by **November 24, 2021, at noon**. The Clerk of Court is respectfully directed the close the motion at Docket No. 26.

Respectfully submitted,

*/Nicole Grunfeld/*

Nicole Grunfeld

Dated: November 10, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**