UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICARDO BOCEL,
                           Plaintiff,        21 Civ. 7384 (LGS)

         -against-                      ORDER

PATZERIA FAMILY & FRIENDS, INC., et al.,
                           Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, this Court's December 14, 2021, Order required Plaintiff to correct the caption and file an amended complaint naming Defendant Shkelzen Ulaj s/h/a Lee Azzolino by December 20, 2021. (Dkt. No. 37.)

      WHEREAS, the caption has not been corrected and no such amended complaint has been filed. It is hereby

      **ORDERED** that, by **December 22, 2021**, the parties shall file a joint letter and proposed case management plan.

Dated: December 21, 2021
       New York, New York

                                                    LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE