UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICARDO BOCEL,
                            Plaintiff,        21 Civ. 7384 (LGS)

           -against-                  AMENDED ORDER

PATZERIA FAMILY & FRIENDS, INC., et al.,
                           Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, this Court's December 14, 2021, Order required Plaintiff to correct the caption and file an amended complaint naming Defendant Shkelzen Ulaj s/h/a Lee Azzolino by December 20, 2021. (Dkt. No. 37.)

    WHEREAS, the caption has not been corrected and no such amended complaint has been filed. It is hereby

    **ORDERED** that, by **December 22, 2021**, Plaintiff shall correct the caption and file an amended complaint.

    The Clerk of Court is respectfully directed to strike the Order at Docket Number 39.

Dated: December 22, 2021
        New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE