```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RICARDO BOCEL,                                              :
                                   Plaintiff,               :   21 Civ. 7384 (LGS)
                                                            :
                -against-                                   :   ORDER
                                                            :
PATZERIA FAMILY & FRIENDS, INC., et al.,                    :
                                   Defendants.              :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 16, 2021, Plaintiff filed a pre-motion letter in anticipation of a motion conditionally certify a Fair Labor Standards Act collective (the "Motion"). (Dkt. No. 38.)

WHEREAS, on December 22, 2021, Defendants filed a response (Dkt. No. 43). It is hereby

**ORDERED** that, the Motion shall be briefed according to the following schedule:

- By **January 25, 2022**, Plaintiff shall file the Motion, with a memorandum of law not to exceed twenty-five (25) pages.

- By **February 15, 2022**, Defendants shall file their opposition, not to exceed twenty-five (25) pages.

- By **February 25, 2022**, Plaintiff shall file any reply in support of the Motion, not to exceed ten (10) pages.

The parties shall comply with this Court's Individual Rules in filing the motions and supporting papers.

Dated: January 3, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE