UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
RICARDO BOCEL,                                               :
                                      Plaintiff,             :
                                                             :                21 Civ. 7384 (LGS)
                      -against-                              :
                                                             :                     ORDER
PATZERIA FAMILY & FRIENDS INC., et al.,                      :
                                      Defendants.            :
                                                             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, an Opinion and Order issued April 15, 2022, required the parties to submit a

proposed case management plan following the close of the opt-in period of collective members.

On November 23, 2022, the parties submitted the required proposed case management plan.  The

proposed schedule does not present issues requiring a conference.  It is hereby

        **ORDERED** that all fact discovery shall be completed by February 7, 2023, as reflected in

the separately filed Case Management Plan.  The default periods have been shortened because of

the amount of time the case has been pending, the information that has already been exchanged,

the limited number of opt-in plaintiffs, and the limited amount of discovery that the Court

anticipates.  The parties' attention is particularly directed to the court ordered completion dates

for various types of discovery, the provisions for periodic status letters, and the need for a pre-

motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

        **ORDERED**, regarding settlement discussions, a referral order for a settlement conference

before Magistrate Judge Netburn will issue in a separate order.  Because of the time needed to

secure a date on Judge Netburn's heavy calendar, the parties are encouraged to schedule a

settlement conference now, if possible, for a date in early January following the completion of

document production on January 6, 2023.

The parties should be aware that the Court does not extend the deadlines for discovery absent compelling circumstances.

Dated:  November 29, 2022
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**