# KatzMelinger

370 Lexington Avenue, Suite 1512
New York, New York 10017
www.katzmelinger.com

Katherine Morales
Katz Melinger PLLC

t: 212.460.0047
f: 212.428.6811
kymorales@katzmelinger.com

March 22, 2023

**Via ECF**
Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Bocel v. Patzeria Family & Friends Inc. et al*
      **Civil Action No. 1:21-cv-07384-LGS-SN**

Dear Judge Netburn:

We are attorneys for the Plaintiffs in the above-captioned matter, and we write jointly with counsel for the Defendants to seek approval of the parties' agreement to settle Plaintiffs' claims against Defendants, which include claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law. A copy of the parties' settlement agreement is enclosed hereto as **Exhibit 1**.

As the Court is aware, the parties reached an agreement to settle this matter at the February 10, 2023 settlement conference before Your Honor. The parties' settlement agreement includes a mutual release of claims arising out of or related to Plaintiffs' employment with Defendants. The parties contend that a mutual release of employment related claims is fair and permissible in this matter. Broader mutual general releases of any and all claims have been approved in settlements of FLSA cases, where like here, Plaintiffs are no longer employed with Defendants. *Mikityuk v. Cision US Inc.,* 2022 WL 3013107, at *5 (S.D.N.Y. July 29, 2022) (approving a broad general release of claims where the release was mutual and named plaintiffs were no longer employed by defendants); *Sarit v. Westside Tomato, Inc.,* 2021 WL 2000328, at *2 (S.D.N.Y. May 19, 2021) (approving a general release of any and all claims where the release was mutual and where plaintiffs were no longer employed by defendants). Further, in *Cortes v. Bronx Bar & Grill, LLC,* this Court approved a broad release of claims, including non-employment related claims, because the release was mutual and named plaintiffs were no longer employed by defendants. 2019 WL 6318430, at *2 (S.D.N.Y. Nov. 25, 2019).

Accordingly, the parties respectfully request judicial approval of their proposed settlement agreement. We thank the Court for its time and attention to this matter.

Respectfully submitted,
*/s/ Katherine Morales*
Katherine Morales