**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

RICARDO BOCEL,

                              **Plaintiff,**

                    **-against-**

**PATZERIA FAMILY & FRIENDS INC., et al.,**

                              **Defendants.**

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 3/23/2023 ___

**21-CV-07384 (SN)**

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

On February 10, 2023, the parties appeared before me and reached an agreement on their settlement of this Fair Labor Standards Act case. Upon review of the parties' written agreement, I conclude that the settlement is fair and reasonable. Based on this agreement, and on the stipulation of the parties under 28 U.S.C. § 636(c), this action is DISMISSED with prejudice with leave to reopen by April 24, 2023. Any pending motions are terminated as moot.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        March 23, 2023
              New York, New York